IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATE OF AMERICA,

    Plaintiff,

v.

DAVID GAITHER,

    Defendant.

No. CR 15-00126 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY JONATHAN MCCOY**

    The second *pro hac vice* application of Attorney Jonathan McCoy (Dkt. No. 239) is **DENIED** for failing to comply with Civil Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of Texas). After his first application was denied (Dkt. No. 238), Attorney McCoy filed the exact same application again with the exact same error. Although he attached his certificate of good standing from the South Carolina Supreme Court, Attorney McCoy did not fill out the actual form correctly. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

    **IT IS SO ORDERED.**

Dated: August 24, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE