IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-00126 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT DAVID GAITHER'S MOTION TO WAIVE APPEARANCE** |
| VLADIMIR HANDL AND OTHERS, | |
| Defendant. | |

On October 2 defendant David Gaither filed a motion to waive his appearance at the October 13 hearing. A previous order stated (Dkt. No. 196):

> In light of the late requests for waiving the appearances of the accused, in the future, any request to waive a defendant's appearance must be filed at least fourteen calendar days prior to the date of the hearing. That way, if the motion is denied, the accused will be able to travel to San Francisco. Late requests will be denied.

Defendant Gaither's latest motion was made less than fourteen days before the October 13 hearing and is thus **DENIED**. Defendant Gaither shall appear at the hearing.

**IT IS SO ORDERED.**

Dated: October 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE